IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| RANDY RALSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-6129-CV-SJ-HFS |
| | ) | |
| SEALED AIR CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Plaintiff and defendants have filed a stipulation of dismissal with prejudice. The requirements of Federal Rule of Civil Procedure 41(a)(1)(ii) are satisfied, and it is therefore

ORDERED that the above action shall be dismissed with prejudice, with each party to bear its own costs.

                /s/ Howard F. Sachs
                HOWARD F. SACHS
                UNITED STATES DISTRICT JUDGE

April 26, 2007

Kansas City, Missouri